4:22-cv-00579-BSM-JTK

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 17 2022

TAMMAH DOWNS, CLERK
By: _____ DEP CLERK

State of Arkansas  )
                   )§
County of Lincoln  )

RECEIVED
US DISTRICT COURT
[illegible]  ANSAS

2022 JUN 17 A 9: 26

## AFFIDAVIT

I, Denarius Stallings, after first being duly sworn, do hereby swear, depose and state that:

On September 15, 2020 at approx 8:30, I, Denarius Stallings was woken up for court by (Officers) Sgt. Franklin and Corporal Green. I was placed in hand cuffs behind my back at my door. Once my cell door was opened, there was an extension placed between the handcuff chain behind my back. Then from the opposite end of the extension cuffs leg restraint cuffs were placed on my ankles.

As, I, Denarius Stallings and security officers existed the cell door, we being walking pass inmate C. Brewer # 140442 cell,. At that moment there was a loud noise and inmate emerge quickly out the pipe chase, from where he had done climbed through the light fixture in his cell.

Inmate C. Brewer immediately attacked me, stabbing me in my head, neck and back. Sgt. Franklin took action to defuse the incident, as Corporal Green ran taking cover leaving me, (Denarius Stallings) to be openly stabbed. After Sgt. Franklin had C. Brewer detained on the ground, Corporal Green pulled me to the ground instead of grabbing the aggressor.

Sgt. Taylor, who was working the barracks of Cell Block (6) ran to the bottom tier, where to encounter was taking place. To assist Sgt. Franklin in the take down of Inmate C. Brewer. Where, they both held to the inmate down to back up arrived.

When all available's arrived, I, Denarius Stallings, was escorted to the treatment room, while 3 or 4 nurses patched me up. There was no photos taken of the stabs at that time, nor was I asked how was I feeling. I was asked was I O.K. I stated No, I would like to escorted to the hospital. Staff response was "No." then I was escorted immediately back to cell 622#. Then I was told to submit a sick call and I would be seen in (48) hours for treatment. Which would have gotten worse.

This event, has caused me to have neck and shoulder pains. I been having headaches so bad, to the extent where I'm not getting a proper (8) hour rest at night.

1

This case assigned to District Judge Miller
and to Magistrate Judge Kearney

I put in a sick call to be seen in the infirmary to no avail, have I been given an X-Ray yet? I've also been having paranoid visions, behind this defenseless stabbing done to me. At times, I still lose my breath. I'm seeking counseling from Mental Health Staff (Ms. Lighton) in attempt to talk out this issue.

I've been seen by a doctor only once, in which there wasn't been any follow ups yet.

## END OF STATEMENT

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

_____6-13-22_____                              _____/s/ Affiant_____
Date:                                                              Affiant


## NOTARY PUBLIC

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this __13__ day of _____June_____, 2022.

_____03-16-2025_____                           _____/s/ Notary_____
My Commission expires on:                         Notary Public

```
MARY LLOYD
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12403817
```

2



State of Arkansas )
                  ) ss
County of Lincoln )

## Affidavit

I, Denarius Stallings, after first being duly sworn, do hereby swear, depose and state that: 15

On Sept. ■, 2020, At Approx. _____ , I, Denarius Stallings was woken up for court by (Officers) Sgt. Franklin and ~~[illegible]~~ Corporal Green. I was placed in hand cuffs behind my back at my door. Once, my cell door was opened, there was an extention placed in between the hand cuff's chain on ~~[illegible]~~ behind my back. Then from the oppisit end of the extention cuff's leg restraint cuff's were placed of my ank's.

As, I, Denarius Stalling's and security officer's existed the cell door, we being walking pass inmate C. Brewer #140442 cell. At that moment there was a loud noise and inmate emerge quickly out the pipe chase, from where he had done climbed ~~[illegible]~~ throw the light fixture in his cell.

Inmate C. Brewer immediately attacked me, stabbing me in my head x2, neck x2 and back x2. Sgt. Franklin ~~[illegible]~~ took action ~~[illegible]~~ to defuse this incident, As Corporal Green ran taking cover leaving me, (Denarius Stallings) to be openly stabbed. After, Sgt. Franklin had C. Brewer detained on the ground, Corporal Green pulled me to the ground. ~~It~~ Instead of grabbing the aggressor.

Sgt. Taylor, I, which who was working the barrack's of cell Block (6), ran to the bottom tier, where to encounter was taking place, to assist Sgt. Franklin in the take down of ~~the~~ inmate C. Brewer. Where, they both held do the inmate down to back-up arrived.

When all available's arrived, I, Denarius Stallings, was exsorted to the treatment room. While 3 or 4 nurse's patched me up. There was no photo's taken of the stab's at that time. Nor was I asked how was I feeling, ~~was I O.K.~~ I was asked was I O.K., I stated no, I would like to exsorted to the hospital. Staff response was "no". Then, I was exsorted ~~to~~ immediately

Back to cell 622#. Then, I was told to submit a sick call and I would be seen in (48) hour for treatment, which would have gotten worser...

This event, has caused me to have neck and shoulder pain's. I been having headache's so bad, to the extent where I'm not getting a proper (8) hour rest at night.

I put in a sick call to be seen in the infirmary to no avail, have I been given a X-ray yet. I've also been paranoid visions, behind this defenseless stabbing done to me. At time's, I still lose my breath. I'm seeking counsling from mental health staff (Ms. Loyihton) in attemp to talk out the issue.

I've been seen by a doctor only once, in which there wasn't been any follow-up's yet.

End of Statement

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

_____ 6-13-22          _____
Date                            Affiant

Subscribed and Sworn to before me, a Notary Public, on this 13 day of June, 2022.

_____
Notary Public

03-16-2025
My Commission Expire:

MARY LLOYD
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12403817

Received 9/24/++ copy 09/25 Yellow copy 09/25 CT

Mr. Shipman

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center: Varner Unit max   SEP 17 [illegible]

Name: Denarious Stallings

ADC# 155066   Brks # 6-22   Job Assignment: Seg

**FOR OFFICE USE ONLY**
GRV. # VSM 20-02406  W/C
Date Received: 09/15/2020
GRV. Code #: 903   4/C

9/15/20 (Date) STEP ONE: Informal Resolution

9/24/20 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: Unresolved

9/15/20, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: Because I was stabed four times, and the Injury still hurts when I move.

Is this Grievance concerning Medical or Mental Health Services? ____ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On 9/15/2020 I was Being escorted to IV. Court By Sgt. Franklin and Corporal Green when Inmate Christopher Brewer #140992 Came out of the pipe-chase and Stabed me In my Neck In the Back, once In the Back of my Neck, Twice In my Back, and once In the Back of my head. This has happened twice with this Inmate, and therefore this grievance is against: Warden Gibson - Warden Johnson - Deputy Warden Shipman - Chief of Security major B. Carroll - Captain Taylor - Captain Pluner - [redacted] - Lt. Brown - and all maintainence personal for failure to check Area's such as the pipe-chase, and cell's to (Secure) a Incident such as this from happening, a violation of my 8th Amendment, and Deliberate Indifference on all above for not checking all areas to do (secure) the problems.

Denarious Stallings   9/15/2020
**Inmate Signature**   **Date**

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

Gordon   39936   [signature] Gordon   09-17-20
**PRINT STAFF NAME (PROBLEM SOLVER)**   **ID Number**   **Staff Signature**   **Date Received**

Describe action taken to resolve complaint, including dates: Mr. Shipman advised this incident is being investigated.

RECEIVED NOV 30 2020

Mulin 09-24-20   **INMATE GRIEVANCES SUPERVISOR**
**Staff Signature & Date Returned**   **ADMINISTRATION** ~~Inmate Signature & Date Received~~

This form was received on 09/24/20 (date), pursuant to **Step Two**. Is it an Emergency? N (Yes or No).
Staff Who Received Step Two Grievance: Mulin   Date: 09/24/20
Action Taken: SEP 25 2020   (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____   Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

VARNER UNIT

ADCF-15

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center _____
Name Denorious Hollings
ADC# 550606    Brks # 0-32    Job Assignment Bldg 9

| FOR OFFICE USE ONLY |
|---|
| GRV. # _____ |
| Date Received: _____ |
| GRV. Code #: _____ |

9/15/20 (Date) STEP ONE: Informal Resolution

9/22/20 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: Unresolved

9/15/20, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: Because I was slammed on my limbs and the injury still hurts when I move.

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print) On 9/15/2020 I was just escorted to PV. Court by Sgt. Thompson and Caparay when Inmate Christopher Cooper # 140440 came out of the pipe-chase and slammed me on my neck on the brick wall, on top of my knee, twice on my face and once on the top of my head. This has happened twice. I'm filing this grievance and manifest this grievance against Warden Gibson - Warden Singleton - Deputy Warden Shipman - Chief of Security, Major B. Connell, Asst. Warden - Captain Player - Lieutenant - Lt. Brown - and all administrative personnel for failure to check areas such as the pipe-chase and cells to secure a facility such as this from happening, a violation of my 8th Amendment, and deliberate indifference by all staff for not checking all areas to (secure) the problems.

Denorious Hollings                          9/15/2020
Inmate Signature                            Date

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

Collier                    14426              Alston            09/17/20
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received

Describe action taken to resolve complaint, including **dates**: _____

_____
Staff Signature & Date Returned          Inmate Signature & Date Received

This form was received on 09-22-20 (date), pursuant to **Step Two**. Is it an Emergency? N (Yes or No).
Staff Who Received Step Two Grievance: Warden          Date: 09-22-20
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15                                        www.acicatalog.com

IGTT430
3GD

Attachment VI

INMATE NAME: Stallings, Denarius          ADC #: 155066          GRIEVANCE#:VSM20-02406

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

In your grievance dated 9/15/2020, you stated, "On 9/15/2020 I was being escorted to TV court by Sgt. Franklin and Corporal Green when inmate Christopher Brewer #140442 came out of the pipe-chase and stabed me in my kneck in the back, once in the back of my kneck, twice in my back, and once in the back of my head. This has happened twice with this inmate and therefore this grievance is against: Warden Gibson - Warden Johnson - Deputy Warden Shipman - Chief of Security Major B. Carroll - Captain Taylor - Captain Plumer - Lt. Brown - and all maintenance personal for failure to check areas such as the pipe-chase, and cells to (secure) a incident such as this from happening a violation of my 8th amendment and deliberate indifference on all above for not checking all areas to (secure) the problems."

On 11/18/2020, the warden responded, "Sergeant Franklin and Corporal Green took immediate action to protect you from Inmate Christopher Brewer #140442 on September 15, 2020. All available officers responded to assist in Cellblock 6 where Inmate Brewer was apprehended, and you received medical treatment. This incident was forwarded to Internal Affairs and Arkansas State Police for further investigation. Therefore, I find this issue without merit."

Your appeal was received on 11/30/2020. After review of your appeal and supporting documentation, I find this incident was forwarded to the Arkansas State Police for further investigation upon the completion of the State Police investigation you will be notified of their findings.

Appeal Denied.

_____          1-8-21
Director                                              Date

IGTT410                                                                                                    Attachment III
3GS

**INMATE NAME:** Stallings, Denarius      **ADC #:** 155066C      **GRIEVANCE #:** VSM20-02406

## WARDEN/CENTER SUPERVISOR'S DECISION

In your grievance you state, "On 9/15/2020 I was being escorted to TV court by Sgt. Franklin and Corporal Green when inmate Christopher Brewer #140442 came out of the pipe-chase and stabed me in my kneck in the back, once in the back of my kneck, twice in my back, and once in the back of my head. This has happened twice with this inmate and therefore this grievance is against: Warden Gibson - Warden Johnson - Deputy Warden Shipman - Chief of Security Major B. Carroll - Captain Taylor - Captain Plumer - Lt. Brown - and all maintenance personal for failure to check areas such as the pipe-chase, and cells to (secure) a incident such as this from happening a violation of my 8th amendment and deliberate indifference on all above for not checking all areas to (secure) the problems."

Sergeant Franklin and Corporal Green took immediate action to protect you from Inmate Christopher Brewer #140442 on September 15, 2020. All available officers responded to assist in Cellblock 6 where Inmate Brewer was apprehended, and you received medical treatment. This incident was forwarded to Internal Affairs and Arkansas State Police for further investigation. Therefore, I find this issue without merit.

_____        _____        11/18/20
Signature of Warden/Supervisor or Designee        Title        Date

RECEIVED NOV 3 0 2020

**INMATE'S APPEAL**     **INMATE GRIEVANCES SUPERVISOR**
                             **ADMINISTRATION BUILDING**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

**WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?** Being without merit, according to the warden's response doint proper investigation procedure nor makeing sure proper medical care was provided to me, to prevent any bodily pain wasnt done, now I am having all sorts of pain threw out my body, and all of this couldve been prevented.

Denarius Stallings             **ADC#:** 155066      11/21/2020
Inmate Signature                                                                           Date

Devarius M. Stallings 550166
Varner Super Max
P.O. Box 600
Grady, Arkansas 71644

U.S. District Court
Clerks Office
600 W. Capitol Avenue, Room