In the United States District Court
for the Eastern District of ARKANSAS
Pine Bluff Division

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 13 2022

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

Danarius Stallings #155066                          Plaintiff

v.                    CASE # 4:22-CV-00579 BSM-JTK

_____ Gibson, VARNER unit WARDEN                    Defendant(s)
_____ Johnson, VARNER unit Deputy WARDEN
_____ Shippman, Varner Super max Deputy WARDEN (Tucker unit warden now)
_____ CARROl, VARNER unit Super max Major (Deputy WARDEN NOW)
_____ Taylor, Varner super max Captain (VARNER unit's Major now)
_____ Plummer, Varner super max Captain (Demoted to Sgt. now)
_____ Brown, Varner super max Lt. (Promoted to Captain now)
_____ FRANKlin, Varner super max Disciplinary notification/escort Sgt.
_____ Green, Varner super max Disciplinary notification/escort officer
_____ Taylor, VARNER super max Security officer

Motion to Amend Civil Rights Complaint
And
Amended Civil Rights Complaint

**I. motion to Amend**

1.)    The plaintiff has filed the above cited
Complaint alleging that the defendants did, blatantly, Maliciously,
Violated the protected Constitutional Rights of the plaintiff
by And through their deliberate indifference to same. See
" Plaintiff's Exhibit A. "

1.

2.)    In his haste to present his prayer for relief to this honorable Court, the Plaintiff inadvertently left out relevant information, which will aid the court in adjudication of the cause.

3.)    Pursuant to Rule 15 of the Federal Rules of Civil Procedure. A party may amend the party's pleading once as a matter of course at any time before a Responsive pleading is served. Fed. R. Civ. P. 15(a).

4.)    The Plaintiff submits that the Defendants have not filed any Responsive pleading nor will any defendant Suffer any prejudice should the Amendment be added to the Complaint.

II. Amended Complaint

5.)    This complaint is being brought pursuant to 42 U.S.C. § 1983, and in support thereof doeth State:

The Parties                Plaintiff

6.)    The Plaintiff is currently incarcerated at the Arkansas' Division of Correction's Varner Super max unit, located in Lincoln County of which the Eastern District of Arkansas is a part. During all times pertinent to this Complaint the Plaintiff was housed at the Varner super max unit

Defendant(s)

7.)    Defendant Gibson is the Warden over the Varner super max, and directly Responsible for operations. Gibson knew or should have known. However, Gibson is

2.

accused of turning a Blind eye, muting his ears to A potential threat out of fear of Acknowledging Subordinates violating prisoner's Rights. Defendant Gibson is, has been, And continue to be deliberate Indifferent towards the Health And Safety of the plaintiff. As stated above, He Knew, or should have Know of the Risk prior to the attack of Plaintiff, whom Suffered Several Stabbed wombs to Plaintiffs body; Based upon Securities lack of inspections pursuant to policy And procedure. The Risk had not been Removed or Addressed months And/or A Year before plaintiff was Attacked and injured.

_____ Gibson, Varner unit's Warden
P.O. Box 600
Grady, Arkansas 71644-0600

8.)      Defendant Carrol was the Varner super max's major At that time. However, Since that time he has been promoted to Assistant Warden to the Warden over the Varner super max. Defendant Carrol is being Sued as stated under paragraph seven (7) under Gibson.

_____ Carrol, V.S.M. Assist. Warden
P.O. Box 600
Grady, Arkansas 71644-0600

9.)      Defendant Johnson was Assist. Warden under warden Gibson. And Responsible for treatment, Health. And Safety. Defendant Johnson is being Sued as stated under paragraph seven (7) under Gibson.

_____ Johnson, Varner's Assist Warden
P.O. Box 600
Grady, Arkansas 71644-0600

3.

10.)        Defendant Shippman was Assist. Warden under Warden Gibson. And Responsible for the opperation of the V.S.M.. Defendant Shippman is being sued as stated under paragraph Seven (7) under Gibson.

_____ Shippman, V.S.M. Assist. Warden
P.O. Box 600
Grady, Arkansas 71644-0600

11.)        Defendant Taylor was the Captain At this time in the V.S.M., but now promoted to Major of the Varner unit's Population. Defendant Taylor is being Sued as stated under paragraph Seven (7) under Gibson.

_____ Taylor. Varner unit's Major
P.O. Box 600
Grady. Arkansas 71644-0600

12.)        Defendant Plummer was the captain at this time in the V.S.M., but has been demoted to A Sergeant Since this time. Defendant Plummer is being Sued as stated under paragraph Seven (7) Under Gibson.

_____ Plummer. V.S.M. Sergeant
P.O. Box 600
Grady. Arkansas 71644-0600

13.)        Defendant Brown was the Lieutenant at this time in the V.S.M., but has been promoted to A Captain since this time. Defendant Brown is being Sued as stated under paragraph Seven (7) under Gibson.

_____ Brown, V.S.M. Captain
P.O. Box 600
Grady. Arkansas 71644-0600

14.) Defendant Franklin is the Disciplinary notification/ escort officer at this time in the V.S.M.. Defendant Franklin is being sued as stated under paragraph seven (7) under Gibson.

_____ Franklin .V.S.M. Disciplinary escort

P.O. Box 600
Grady, ARKANSAS 71644-0600

15.) Defendant Green is the Disciplinary notification/ escort officer at this time in the V.S.M.. Defendant Green is being sued as stated under paragraph seven (7) under Gibson.

_____ Green, V.S.M. Disciplinary notification/escort

P.O. Box 600
Grady, ARKANSAS 71644-0600

16.) Defendant Taylor was A Sergeant at this time in the V.S.M. And Seperate to the before named Taylor in paragraph (11).Defendant Taylor is being sued as stated under paragraph seven (7) under Gibson.

_____ Taylor .V.S.M. Sergeant

P.O. Box 600
Grady, ARKANSAS 71644-0600

17.) All named defendants are being sued in their individual and official capacities.

## 42 U.S.C. § 1983

18.) Pursuant to 42 U.S.C. § 1983:

"Every person who, under color of Any statute, ordinance, regulation, custom, or usage, of Any State...Subjects, or causes to be subjected, Any citizen of the United States or other person within

the jurisdiction thereof to the deprivation
of any Rights, privilleges or immunities secured
by the Constitution and laws, shall be liable to the
Party injured in a action at law, suit in equity,
or other proper proceedings for Redress"...(42.U.S.C.
§1983 in pertinent part).

19.)        Under §1983 when ever any person Acting under
color of state law deprives the plaintiff of any Right guaranteed
to him by the Constitution or Federal laws. The Plaintiff may seek
Redress. See <u>Oklahoma City v. Tuttle</u> 471 a.S. 808, 817 NY(1985).

20.)       The Plaintiff submitts that all named Defendants
willfully, intentionally, and maliciously violated the plaintiffs
Protected Constitutional Rights as set forth herein, by, and through
defendants deliberate Indifference towards said Rights.

## Exhaustion Concerns

21.)        The Prison litigation Reform Act (P.L.R.A.) Requires
the Plaintiff to exhaust available Administrative Remedies prior
to challenging prison conditions under §1983. See <u>42 U.S.C.</u>
§1997(e)(a); <u>Woodford v. NGO</u> 126 S.ct 2378, 2386(2006).

22.)        The Plaintiff Submitts that the Varner unit of
the A.D.C. does have an inmate grievance procedure and he
would futher Submit that he has fully exhausted all available
Administrative Remedies. See <u>Attached Exhibits Grievance no.#</u>
<u>VSM20-02406</u>

# BackGround Information

23).     The Plaintiff believes the court will benefit from some Background information. The Attack of Plaintiff, whom sustained injuries, thats set forth in this complaint occurred while Plaintiff was housed At the Varner super max with Inmate C. Brewer A.D.C. #140442.

24.)     You see, Year's previously Brewer did the Act of Attacking Another ~~Officer~~ in the same manner in which Plaintiff now presents to this court.

25.)     To Add insult to injury, It was this same Administrators / Defendants that put into play measures to insure that such herein Actions would never happen again. Consequently, Here we are again, but with Another Victim, Plaintiff, to Suffer Physical injuries because of the Defendants' dishonorable Conduct, And decree's. How many more Victim's will the Defendants Allow this Inmate have before honoring the Safety of other prisoners; Deliberate Indifferently And with A total Recklessness disregard for human life.

26.)     On September 15, 2020 At approx. 8:30 Am the Plaintiff was woken up for ~~Video~~ Court by Sgt. Franklin And Corporal Green. The Plaintiff was completely Restrained with hand-cuffs And shackles that had A belt that connect both. Once My cell door was opened. After the Ritual of being completely being Restrained, we began walking. All of A Sudden there was a loud Noise, And inmate C. Brewer emerged quickly out of the pipechase, From where he had climbed through the light fixture in his cell — Just As he had done Years previously.

27.)    Inmate C. Brewer immediately Attacked the Plaintiff. Stabbing him in the head, neck, And back over, and over Again. Defendant Franklin defused the Attack but only After being brutally Attacked and injured. After first Running away, And taking cover, Corporal Green Returned, pulling the Plaintiff to the ground while being stabbed by C. Brewer. There was nothing the Plaintiff could do.

28.)    While Defendant Franklin was trying to Restrain inmate C. Brewer, Defendant Taylor, Sgt. Taylor, who was working cell Block Six (6), RAN to the bottom Tier where the encounter was taking place to Assist Defendant Franklin in the take down of C. Brewer... Till back-up Arrived.

29.)    I was taken to the infirmary. Three (3) or four (4) nurse Attended to my wombs. No photos was taken; Although ~~on video surveillance~~. It's my belief that they Anticipated my pursuits, And decided to complicate my Ability to present my evidence. Nevertheless I was Asked "was I okay". I declared "no"! And that I needed to go to the hospital. Medical personnel Asserted "no", And had Security to escort me back to my cell. I was Also instructed to Submit A Sick call, And I would bee Seen in fourty eight (48) hours for treatment; which would by then have gotten worse.

30.)    I submitted A sick call in to medical, but it's as if they were making it complicated for me to get the treatment that I needed.

31.)    I'm scared up, I suffer shoulder and neck pain, headaches so bad to the extent where I can not sleep a proper

eight(8) hour Rest at night. I suffer PARANOID visions behind this senseless stabbing where I didn't have the ability to defend my self while in handcuffs... Restrains, I was Refered to A Doctor.

32.)        I was forewarded to a doctor once for my injuries. Although Suffering from this stabbing physically And psychologically, ... no follow-up's has been provided to the plaintiff, And Allowed to suffer in Isolated silence.

## Arguement

33.)        Fed. R. Civ. P. 8(a) Requires only a short And plain statement of facts showing that the plaintiff is entitled to Relief, And to give the Defendant's fair notice of the nature of And basis for claims. See Northern states power Co. V. Fed. Transit admin. 358 F.3d. 1050, 1057-57 (8th cir. 2004).

34.)        A colorable cause of Action is A claim that is legitimate, And that may Reasonably be asserted, given the facts presented, And the current law, or, A Reasonable And logical extention of or modification of current law.

35.)        The Plaintiff submitt's that the Defendant's Knew of the Substantial Risk of harm, but Deliberate Indifferently ignored Inmate C. Brewer's Abilities to escape the confines of his cell to injure A prisoner And/or correctional guard, a like. Consequently, in this case, Defendant's Deliberate Indifference caused the plaintiff to be Inmate C. Brewer Second Victim.

36.)        This Also shows And/or establishes proof that the Defendants Acted with a Sufficiently culpable State of mind

Regarding a serious deprivation of the plaintiff's Right to be free of cruel and unusual punishment. <u>U.S. const. Amend. VIII</u>.

37.)     Defendant's Deliberent Indifference or callous disregard to the plaintiff's safety violates the eighth Amendment if it creates an unreasonable risk of injury in living, working, and Transportation Conditions. See <u>Brown V. Missouri Dept. of correction</u> 353 F.3d. 1038, 1040 (8ᵗʰ cix 2004). As does violations of prison Rules or civilian safety codes. See <u>Hall V. Bennett</u> 379 F3d 4762, 465 (7ᵗʰ cix 2004).

38.)     The Plaintiff submitts that the Defendant's were fully aware of the Risk and Dangers concerning not monitoring the structure of Inmate C. Brewer's cell; Having Broken out once Before.

<u>Conclusion</u>

39.)     The Plaintiffs complaint stem's from being put in a position, Deliberate Indifferently, of being Attacked by Another Inmate who's known for breaking out of his cell Attacking officer's and Inmates alike. Years previously, decreeding to never let it happen again, set out instructions to monitor C. Brewers cell structure on a basis consistant to make it impossible for him to break out and Attack others. Consequently, His cell Structure was ignored; Allowing him to Attack Another Inmate in hand-cuffs, and shakles. Plaintiff! Injuring Plaintiff ~~attacation~~ physically and psychologically.

## Relief

40.)     The plaintiff would pray the court award the following Relief:

(A.)  Compensatory damages of one hundred Thousand dollars per Defendant for plaintiffs pain and Suffering, Actual injuries Resulting from Defendants intentional Ignoring Inmate C. Brewer's potention of Breaking out his cell, mental Anguish Regarding defendant's Deliberate Indifference to plaintiffs Right to be free of Cruel and unusual punishment under the 8th Amend. to the U.S. Constitution.

(B.) Punitive Damages of one hundred Thousand dollars per Defendant for the Reckless and calleous Regard for, and intentional Violation of plaintiffs Constitutional Rights.

(c.)  Order an evidentary hearing and plaintiffs presence at same, As well as Appoint Counsel to Represent the plaintiff, and.

(D.) Any and all other Relief deemed Appropriately

(E.) The plaintiff demands A Jury Trial.

Respectfully Submitted

Danarius M. Stallings

DANARIUS STALLINGS 155066 Pro Se
VARNER Super max
P.O. Box 600
Grady ARKANSAS 71644-0600

11.

State of ARKANSAS
County of Lincoln

Subscribed And Sworn to before me, A
Notary public, on this 30th day of June 2022

my commission expires: 03-16-0025

Notary public

MARY LLOYD
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12403817

PANARius Stallings 155066 Pro Se

12,

4:22-cv-00579-BSM-JTK

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 17 2022

TAMMAH DOWNS CLERK
By: _____
DEP CLERK

State of Arkansas   )
                    )§
County of Lincoln   )

RECEIVED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2022 JUN 17  A 9: 26

**AFFIDAVIT**

I, _Denarius Stallings_, after first being duly sworn, do hereby swear, depose and state that:

On September ~~9~~ September 15, 2020, 2020 at approx _8:30_, I, Denarius Stallings was woken up for court by (Officers) Sgt. Franklin and Corporal Green. I was placed in hand cuffs behind my back at my door. Once my cell door was opened, there was an extension placed between the handcuff chain behind my back. Then from the opposite end of the extension cuffs leg restraint cuffs were placed on my ankles.

As, I, Denarius Stallings and security officers existed the cell door, we being walking pass inmate C. Brewer # 140442 cell,. At that moment there was a loud noise and inmate emerge quickly out the pipe chase, from where he had done climbed through the light fixture in his cell.

Inmate C. Brewer immediately attacked me, stabbing me in my head, neck and back. Sgt. Franklin took action to defuse the incident, as Corporal Green ran taking cover leaving me, (Denarius Stallings) to be openly stabbed. After Sgt. Franklin had C. Brewer detained on the ground, Corporal Green pulled me to the ground instead of grabbing the aggressor.

Sgt. Taylor, who was working the barracks of Cell Block (6) ran to the bottom tier, where to encounter was taking place. To assist Sgt. Franklin in the take down of Inmate C. Brewer. Where, they both held to the inmate down to back up arrived.

When all available's arrived, I, Denarius Stallings, was escorted to the treatment room, while 3 or 4 nurses patched me up. There was no photos taken of the stabs at that time, nor was I asked how was I feeling. I was asked was I O.K. I stated No, I would like to escorted to the hospital. Staff response was "No." then I was escorted immediately back to cell _6-22#_. Then I was told to submit a sick call and I would be seen in (48) hours for treatment. Which would have gotten worse.

This event, has caused me to have neck and shoulder pains. I been having headaches so bad, to the extent where I'm not getting a proper (8) hour rest at night.

Plaintiff's Exhibit "A"

1

This case assigned to District Judge <u>Miller</u>
and to Magistrate Judge <u>Kearney</u>

I put in a sick call to be seen in the infirmary to no avail, have I been given an X-Ray yet? I've also been having paranoid visions, behind this defenseless stabbing done to me. At times, I still lose my breath. I'm seeking counseling from Mental Health Staff (Ms. Lighton) in attempt to talk out this issue.

I've been seen by a doctor only once, in which there wasn't been any follow ups yet.

### END OF STATEMENT

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

~~~~~~ 6-13-22

Date: _____                    Affiant _____

### NOTARY PUBLIC

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this _13_

day of _____June_____, 2022.

_03-16-2005_                             _____

My Commission expires on:                Notary Public

MARY LLOYD
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12403817

2

State of Arkansas )
                  )SS
County of Lincoln )

## Affidavit

I, Denarius Stallings, after first being duly sworn, do hereby swear, depose
And state that: 15

On Sept. 8, 2020, At Approx.         . I, Denarius Stallings was woken up
for court by (Officers) Sgt. Franklin and ~~Corporal~~ Corporal Green. I
was placed in hand cuffs behind my back at my door. Once, my cell door
was opened, there was an extention placed in between the hand cuff's chain on
~~cuffs~~ behind my back. Then from the oppisit end of the extention cuff's
leg restraint cuff's were placed of my ank's.

As. I. Denarius Stalling's and security officer's existed the cell door.
we being walking pass inmate C. Brewer #44442 cell. At that moment there
was a loud noise And inmate emerge quickly out the pipe chase, from
where he had done climbed ~~out~~ threw the light fixture in his cell.

Inmate C. Brewer immidiately attacked me, stabbing me in my head,
Neck And back. Sgt. Franklin ~~took action~~ took Action, ~~commence~~ to defuse the incident,
As Corporal Green ran taking cover leaving me. (Denarius Stallings) to be openly
stabbed. After, Sgt. Franklin had C. Brewer detained on the ground, Corporal
Green pulled me to the ground. ~~and~~ Instead of grabbing the Aggressor.

Sgt. Taylor, In which who was working the barrack's of cell Block 6,
ran to the bottom tier. where to encounter was taking place. to assist Sgt. Franklin
in the take down of ~~the~~ inmate C. Brewer, Where, they both held to the inmate
down to back-up Arrived.

When all available's arrived, I, Denarius Stallings, was exsorted to the
treatment room. While 3 or 4 nurse's patched me up. There was no photo's
taken of the stab's at that time. Nor. Was I Asked how was I feeling, ~~was~~
~~I O.K.~~ I was Asked was I O.K., I stated NO, I would like to exserted to
the hospital. Staff response was "No". Then, I was exsorted ~~to~~ immediately

Back to ~~ar~~ cell 622# . Then, I was told to submit a sick call and I would be seen ~~in~~ in (48) hour for treatment, which would have gotten worse...

This event, has caused me to have Neck and shoulder pain's. I been having headaches so bad, to the extent where I'm not getting a proper (8) hour rest at night.

I put in a sick call to be seen in the infirmary. To no avail, have I been given a X-Ray yet. I've also been paranoid visions, behind this defenseless stabbing done to me. At time's, I still lose my breath, I'm seeking counsling from mental health staff (Ms. Leighton) in attempt to talk out the issue.

I've been seen by a doctor only once, in which there wasn't been any follow-up's yet.

## End of Statement

    I further swear that the statments, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

_____  6-13-22

Date

_____
Affiant

Subscribed and Sworn to before me, a Notary Public, on this 23 day of _____June_____, 2022.

_____
Notary Public

03-16-2005
My Commission Expire!

MARY LLOYD
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission E.,   s 03-16-2025
Commission # 12403817

Kenarious stallings copy 0925 yellow copy 0923 (CT)

Mr. Shipman

Case: 4:22-cv-00579-BSM-JTK   Document #: 1-0   Filed: 06/17/2022   Page 5 of 9

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center __Varner Unit max__

| | FOR OFFICE USE ONLY |
|---|---|
| | GRV. # __VSM 20-02406__ |
| Name __Denarious stallings__      SEP 17 | Date Received: __09/15/2020__ |
| ADC# __155066__   Brks # __6-32__   Job Assignment __Seg__ | GRV. Code #: __903__ |

__9/15/20__, (Date) STEP ONE: Informal Resolution

__9/24/20__, (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: __Unresolved__

__9/15/20__, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of serious nature. If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: __Because I was stabed four times, and the Injury still hurts when I move.__

Is this Grievance concerning Medical or ~~Mental Health Services?__ If yes, circle one: medical or mental
BRIEFLY state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how you were affected. (Please Print): __On 9/15/2020 I was being escorted to tv. court by Sgt. Hockliss and Corporal green when, Inmate Christopher Brewer #140442 came out of the pipe-chase and stabed me In my Kneck In the Back, once In the Back of my Kneck, twice in my back, and once In the Back of my head. This has happened twice with this Inmate, and therefore this grievance is against: warden gibson-warden johnson-Deputy warden shipman-chief of security major B. Carroll-captain taylor-captain plummer-_____Lt. Brown-and all maintenence personal for failure to check area's such as the pipe-chase, and cell's to (secure) a incident such as this from happening, a violation of my 8th Amendment, and deliberate Indifference on all about for not checking all areas to do (secure) the problems.__

__Denarious Stallings__                    __9/15/2020__
Inmate Signature                           Date
_If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee._

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY
This form was received on _____ (date), and determined to be Step One and/or an Emergency Grievance
_____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

__Gordon__              __34936__          __Gordon__              __09.17.20__
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number    Staff Signature         Date Received
Describe action taken to resolve complaint, including ~~dates~~ __RECEIVED__ Mr. Shipman advised this incident is being investigated.

NOV 3 0 2020

__Gordon 09.24.20__                INMATE GRIEVANCES SUPERVISOR
Staff Signature & Date Returned        ADMINISTRATION a Inmate Signature & Date Received
This form was received on __09.24.20__ (date), pursuant to Step Two. Is it an Emergency? __N__ (Yes or No).
Staff Who Received Step Two Grievance: __Gordon__    Date: __09.24.20__
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
SEP 2 5 2020
If forwarded, provide name of person receiving this form: _____ Date: _____

DISTRIBUTION: YELLOW & PINK - Inmate Receipts; BLUE - Grievance Officer; ORIGINAL - Given back to inmate after completion of Step One and Step Two.

ADCF-15

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

**Unit/Center** _____

**Name** Dinarious Stallings

**ADC#** 550606  **Brks #0-32  Job Assignment** _____

| FOR OFFICE USE ONLY |
|---|
| GRV. # _____ |
| Date Received: _____ |
| GRV. Code #: _____ |

9/15/20 (Date) STEP ONE: Informal Resolution

9/22/20 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: Unresolved

9/15/20, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why because I was stabed + am in limbs and the injury still hurts when I move.

*Is this Grievance concerning Medical or Mental Health Services?* _____ *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print) On 9/15/2020 I was placed 2 sgt Pt to rv. coul 1 B1 Se1 trafficion and deprived in witnesses inmate Christopher Grauier #190493 and cut on the pill chase. I was stabed some on my finck in the c.e.l. cell on the rec of my knife. I was cut on the rec of my head. This has happened twice with this inmate and harmed this grievance is against warden gibson warden dennise + deputy warden sherman - chief of security major B. Coml W - assist. warden naylor - captain plunger + J.t. Brown - and all a amendment personal for failure to check area such as the pill chase and cells to (Secure) a incident such as this from happening, a violation of my 8th amendment, and deliberate indifference on all ground for not checking all area to (Secure) the problems.

Dinarious Stallings
**Inmate Signature**                    9/15/2020
                                          **Date**

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____   Date _____

Collins          7426        M.E.Kin          09-17-20
**PRINT STAFF NAME (PROBLEM SOLVER)**  **ID Number**  **Staff Signature**   **Date Received**
Describe action taken to resolve complaint, including dates: _____

_____

_____

_____
**Staff Signature & Date Returned**        **Inmate Signature & Date Received**
This form was received on 09-22-20 (date), pursuant to **Step Two**. Is it an Emergency? N (Yes or No).
Staff Who Received Step Two Grievance: Morden   Date: 09-22-20
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____   Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two

IGTT430
3GD

Attachment VI

**INMATE NAME: Stallings, Denarius**      **ADC #: 155066**      **GRIEVANCE#:VSM20-02406**

### CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

In your grievance dated 9/15/2020, you stated, "On 9/15/2020 I was being escorted to TV court by Sgt. Franklin and Corporal Green when Inmate Christopher Brewer #140442 came out of the pipe-chase and stabed me in my kneck in the back, once in the back of my kneck, twice in my back, and once in the back of my head. This has happened twice with this inmate and therefore this grievance is against: Warden Gibson - Warden Johnson - Deputy Warden Shipman - Chief of Security Major B. Carroll - Captain Taylor - Captain Plumer - Lt. Brown - and all maintenance personal for failure to check areas such as the pipe-chase, and cells to (secure) a incident such as this from happening a violation of my 8th amendment and deliberate indifference on all above for not checking all areas to (secure) the problems."

On 11/18/2020, the warden responded, "Sergeant Franklin and Corporal Green took immediate action to protect you from Inmate Christopher Brewer #140442 on September 15, 2020. All available officers responded to assist in Cellblock 6 where Inmate Brewer was apprehended, and you received medical treatment. This incident was forwarded to Internal Affairs and Arkansas State Police for further investigation. Therefore, I find this issue without merit."

Your appeal was received on 11/30/2020. After review of your appeal and supporting documentation, I find this incident was forwarded to the Arkansas State Police for further investigation upon the completion of the State Police investigation you will be notified of their findings.

Appeal Denied.

_____        1-8-21_____
**Director**                         **Date**

11/18/2020

IGTT410
3GS

Attachment III

**INMATE NAME:** Stallings, Denarius          **ADC #:** 155066C          **GRIEVANCE #:** VSM20-02406

### WARDEN/CENTER SUPERVISOR'S DECISION

In your grievance you state, "On 9/15/2020 I was being escorted to TV court by Sgt. Franklin and Corporal Green when inmate Christopher Brewer #140442 came out of the pipe-chase and stabed me in my kneck in the back, once in the back of my kneck, twice in my head, and once in the back of my head. This has happened twice with this inmate and therefore this grievance is against: Warden Gibson - Warden Johnson - Deputy Warden Shipman - Chief of Security Major B. Carroll - Captain Taylor - Captain Plumer - Lt. Brown - and all maintenance personal for failure to check areas such as the pipe-chase, and cells to (secure) a incident such as this from happening a violation of my 8th amendment and deliberate indifference on all above for not checking all areas to (secure) the problems."

Sergeant Franklin and Corporal Green took immediate action to protect you from Inmate Christopher Brewer #140442 on September 15, 2020. All available officers responded to assist in Cellblock 6 where Inmate Brewer was apprehended, and you received medical treatment. This incident was forwarded to Internal Affairs and Arkansas State Police for further investigation. Therefore, I find this issue without merit.

Signature of Warden/Supervisor or Designee          Title          Date  11/18/20

RECEIVED

NOV 3 0 2020

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? Being without merit, according to the warden's response isn't proper investigation procedure nor makeing sure proper medical care was provided to me, to prevent any bodily pain wasn't done, now I am having all sorts of pain threw out my body, and all of this could've been prevented.

Inmate Signature          ADC#: 155066          Date  11/21/2020

Message-Id:<9132034@ared.uscourts.gov> Subject:Activity in Case 4:22-cv-00579-BSM-JTK Stallings v. Gibson et al Complaint Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

<div align="center">

**U.S. District Court**

**Eastern District of Arkansas**

</div>

**Notice of Electronic Filing**

The following transaction was entered on 6/21/2022 at 2:55 PM CDT and filed on 6/17/2022
| | |
|---|---|
| **Case Name:** | Stallings v. Gibson et al |
| **Case Number:** | 4:22-cv-00579-BSM-JTK |
| **Filer:** | Denarius M Stallings |
| **Document Number:** | 1 |

**Docket Text:**
**COMPLAINT against All Defendants, filed by Denarius M Stallings. (ldb)**

**4:22-cv-00579-BSM-JTK Notice has been electronically mailed to:**

**4:22-cv-00579-BSM-JTK Notice has been delivered by other means to:**

Denarius M Stallings
ADC #155066
VARNER SUPERMAX
Arkansas Division of Correction
Post Office Box 400
Grady, AR 71644-0400

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095794525 [Date=6/21/2022] [FileNumber=9132032-0
] [b446d149f01cf7e1dbc75752f28c7be81bfe88d2292677882121ec2e2cf649c4046
2db4b2f05a4fb168c97d1e0e2516a4469bc528a26aecf72990fdbb13534c4]]

Gibson
Johnson
Shipman
B. Carrall
Franklin, Disciplinary Notification escort Officer
Green, Disciplinary notification /escort officer
Taylor, V.S.M Security officer

Gibson, Warren Warden
Johnson, Warren Deputy warden
Shipman, V.S.m Deputy warden
Carrol, V.S.m security major
Taylor, V.S.m Captian.
Plumer, V.S.m Captain
Bearen, V.S.m Lt.
Franklin, V.S.m Disciplinary notification /escort officer
Green, V.S.m Disciplinary notification /escort officer
Taylor V.S.m security

Denatius M. Stallings #155066
Varner Super Max
ADC
PARKER
UNIT
P.O. Box 600
Grady, Ark 71644

30

U.S. District
Clerk Office