IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DENARIUS M STALLINGS**                                                                                        **PLAINTIFF**
ADC #155066

v.                                      CASE NO. 4:22-CV-00579-BSM

**GIBSON,** *et al.*                                                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of November, 2022.

                                                                                            _____
                                                                                            UNITED STATES DISTRICT JUDGE